UNITED STATES, Appellee

v

ELWARD L. HOLMAN, Specialist Four,
U. S. Army, Appellant

17 USCMA 291, 38 CMR 89

No. 20,451

November 17, 1967

 

*Colonel Daniel T. Ghent, Captain John Kagel,* and *Captain Stephen Arinson* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick, Major John F. Webb, Jr.,* and *Captain Gregory U. Evans* were on the pleadings for Appellee, United States.

## Opinion of the Court

FERGUSON, Judge:

In this case, as in United States v Wheeler, 17 USCMA 274, 38 CMR 72, this day decided, the law officer limited his instructions to the maximum punishment imposable and the mechanics of voting. Though evidence in extenuation and mitigation was introduced and counsel made brief arguments on the sentence, no guideposts for deliberation thereon were furnished the court-martial. The accused received the maximum sentence.

Under our decision in *Wheeler,* supra, the law officer's failure to instruct the court-martial was erroneous and, in light of the circumstances including imposition of the maximum penalty, prejudicially so. Curative measures are, therefore, necessitated.

The decision of the board of review is reversed and the record of trial returned to the Judge Advocate General of the Army. The board may reassess the sentence or order a rehearing thereon.

Chief Judge QUINN and Judge KILDAY concur.